# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, K.M. MCDONALD**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**DYLAN R. PRESNELL**
**MASTER-AT-ARMS SEAMAN APPRENTICE (E-2), U.S. NAVY**

**NMCCA 201400041**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 7 October 2013.
**Military Judge**: CDR Lewis T. Booker, Jr., JAGC, USN.
**Convening Authority**: Commanding Officer, Marine Corps Security Force Battalion, Naval Base Kitsap, Bangor, Silverdale, WA.
**Staff Judge Advocate's Recommendation**: LT R.W. Aikin, JAGC, USN.
**For Appellant**: CDR Christopher Roper, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**31 March 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court


R.H. TROIDL
Clerk of Court